UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     2:21-cv-03260-MWF-AGR                             Dated: May 28, 2021

Title:       James Shayler v. Joseph Conzonire et al

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                        None Present

PROCEEDINGS (IN CHAMBERS):     COURT ORDER

In light of the Notice of Settlement filed May 20, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for August 2, 2021 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.